# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY ATTORNEY'S OFFICE, et al.,<br><br>　　　　　Defendants. | 1:23-cv-00347-JLT-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

　　　　Plaintiff Duchun Lafre Goodwin, *pro se*, filed this civil action on March 8, 2023, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not complete. Among other missing information, Plaintiff does not indicate if he is currently employed of if he has received any money from any source in the past twelve (12) months. (*Id.* at 1.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

　　　　2.　　No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **March 10, 2023**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE