# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY ATTORNEY'S OFFICE, et al.,<br><br>    Defendants. | 1:23-cv-00347-JLT-BAM<br><br>SECOND ORDER DIRECTING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>(Docs. 4, 5, 6)<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Duchun Lafre Goodwin, *pro se*, filed this civil action on March 8, 2023, along with an incomplete application to proceed *in forma pauperis*. (Docs. 1, 2.) On March 10, 2023, the Court ordered Plaintiff to submit a completed and signed application to proceed *in forma pauperis* or pay the $402.00 filing fee for this action within thirty (30) days from the date of service of the order. (Doc. 3.)

On April 13, 2023, in lieu of filing a completed application or paying the filing fee, Plaintiff filed a request for an extension of time "to serve the Defendants City Attorney's Office, et al, Court documents to come to court." (Doc. 4.) In response, on April 14, 2023, the Court informed Plaintiff that he must either submit a completed application to proceed *in forma pauperis* or pay the filing fee before this action may proceed and that no summons would be

issued.[1]  The Court therefore construed Plaintiff's request as one for an extension of time to file his completed application to proceed *in forma pauperis* or pay the filing fee.  Plaintiff was directed to file a completed application to proceed *in forma pauperis* or, in the alternative, pay the $402.00 filing fee for this action within thirty (30) days of service.  (Doc. 5.)

On April 24, 2023, the Court's order extending the time for Plaintiff to file his application to proceed *in forma pauperis* or pay the filing fee was returned as "Undeliverable, Unable to Forward."  (*See generally* Docket.)

On May 30, 2023, Plaintiff filed a motion to consolidate this action with other cases pending in this district, including cases that have now been closed or are pending dismissal, and requesting copies of subpoenas.  (Doc. 6.)  Plaintiff's motion did not include an updated address.

At this juncture, the Court declines to consider Plaintiff's motion.  Plaintiff is again reminded that he must either submit a completed application to proceed *in forma pauperis* or pay the filing fee before this action may proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

2. **No extension of time will be granted without a showing of good cause**; and

3. <u>The failure to comply with this order will result in dismissal of this action, without prejudice.</u>

IT IS SO ORDERED.

Dated:   **June 27, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Additionally, the Court advised Plaintiff that if he was granted leave to proceed *in forma pauperis*, then the Court would be required to screen his pro se complaint pursuant to Title 28 of the United States Code section 1915(e)(2).  In that instance, the Court would direct the United States Marshal to serve Plaintiff's complaint only if, upon screening, the Court determined that the complaint contained cognizable claims for relief against the named defendants.